**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Stephen E. Horan, SBN 125241
Scott H. Cavanaugh, SBN 245261
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorney for Defendant,
CITY OF FOLSOM

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF FOLSOM,<br><br>    Defendant.<br>_____/ | CASE NO. 2:07-CV-00678-DFL-GGH<br><br>**STIPULATION TO EXTEND CITY OF FOLSOM'S TIME TO RESPOND TO KEMPER'S FIRST AMENDED COMPLAINT UNTIL THE COMPLETION OF THE VOLUNTARY DISPUTE RESOLUTION PROGRAM** |

The parties, by and through their counsel, hereby stipulate to extend the time for City of Folsom to file a responsive pleading to Mr. Kemper's First Amended Complaint until the parties have participated in the Voluntary Dispute Resolution Program.

///
///
///
///
///
///
///
///

1

**IT IS SO STIPULATED:**

                                        DE LA O, MARKO, MAGOLNICK & LEYTON

Dated: May ____, 2007             By:_____
                                        Charles D. Ferguson, Esq.(Florida BN741531)
                                        Farah J. Martinez, Esq. (SBN 191862)
                                        Attorneys for Plaintiff
                                        EDWARD L. KEMPER

                                        PORTER, SCOTT, WEIBERG & DELEHANT
                                        A Professional Corporation

Dated: May 31, 2007              By:_____
                                        Stephen E. Horan, Esq. (SBN 125241)
                                        Attorney for Defendant
                                        CITY OF FOLSOM

**IT IS SO ORDERED.**

DATED:   June 5, 2007

                                        /s/ David F. Levi
                                        Honorable David F. Levi
                                        United States District Judge

**STIPULATION TO EXTEND CITY OF FOLSOM'S TIME
TO RESPOND TO KEMPER'S FIRST AMENDED COMPLAINT
UNTIL THE COMPLETION OF THE VOLUNTARY DISPUTE RESOLUTION PROGRAM**

00506016.WPD