IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

      Plaintiff,                    No. CIV S-07-0678 JAM GGH

   vs.

CITY OF FOLSOM,                  <u>ORDER</u>

      Defendant.

_____/

      After consultation with Judge Mendez, and after initial settlement conference, the undersigned issues the following order:

      1. Except for settlement proceedings, the litigation is stayed up through and including October 22, 2008; in the event this case does not settle within the stay period, new pre-trial scheduling dates will be expeditiously issued;

      2. The parties shall file a *joint* settlement statement no later than September 5, 2008; the joint statement shall include:

          a. a section on curb and other standards issued by the City of Folsom; the statement shall reflect agreement on the standards as a whole or with respect to individual standards, or in the absence of agreement, the precise disagreements with respect to individual standards;

1

b. a listing of specific sites at issue; again, agreement as to remedial action, if any, shall be listed as well as disagreement with the precise disagreements set forth; to the extent possible, for sites over which the parties disagree, a picture shall be included as an exhibit;

c. all agreements referenced above shall include a compliance time component;

d. an offer by plaintiff with respect to any damages claimed; as well as a response/counter-offer by the City; each side shall concisely set forth the reasoning behind their figures;

e. plaintiff shall set forth a listing of attorneys fees' and costs to date of the joint statement breaking out hourly rates and times involved in categories of litigation activity, e.g., pleading preparation – $x/hr. for 45 hours; discovery compliance....; defendants shall concisely respond to this listing;

f. whether agreement has been reached on the format of a settlement, i.e., consent decree, settlement agreement with the court to retain jurisdiction etc.;

g. other matters which the parties believe to be helpful to settlement.

3. The parties shall contact the undersigned's clerk, Valerie Callen, 916-930-4199, for a date in early October for a continued settlement conference;

4. *The joint statement and all discussions related thereto may not be utilized outside the settlement process;* this does not preclude acquisition and use of the same or related information given in the joint statement/discussions during further litigation should the case not settle; for example, a part of the joint statement might provide that the "City will do x." The statement that the "City will do x" may not be utilized or disseminated outside the settlement

\\\\\

\\\\\

\\\\\

1 | process; however, discovery may be taken on all aspects of "x," including whether it is feasible
2 | for the "City to do x," should the litigation continue.
3 | DATED: 08/25/08

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
kemper.ord