IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

    Plaintiff,                   No. CIV S-07-0678 JAM GGH

    vs.

CITY OF FOLSOM,                 ORDER

    Defendant.

_____/

        On October 8, 2008, the parties, by and through their counsel met in settlement conference. A settlement was reached which disposes of the entire action. However, because of the necessity of preparation of a consent decree and City Council approval, there must be some time permitted to file the proposed consent decree.

        Therefore, the stay in this action is continued until November 14, 2008. The proposed consent decree shall be filed no later than that date.

DATED: 10/16/08

                              /s/ Gregory G. Hollows
                              _____
                              UNITED STATES MAGISTRATE JUDGE

GGH:gh:035
kemper.sett

1